```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                       CASE NO. 05 B 16307
          CONNIE PAUL
                                                  CHAPTER 13

                                                  JUDGE: JOHN H SQUIRES

                 Debtor
          SSN XXX-XX-0336
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 04/26/05 and confirmed on 07/08/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 11050.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 4973.06 | .00 | 1480.76 |
| ROUNDUP FUNDING LLC | UNSECURED | 1131.10 | .00 | 336.79 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 13843.75 | .00 | 4122.07 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 250.99 | .00 | 74.73 |
| KOHLS | UNSECURED | 216.60 | .00 | 64.49 |
| ROUNDUP FUNDING LLC | UNSECURED | 7586.78 | .00 | 2259.01 |

            Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 28002.28 | .00 | 28002.28 |
| PRINCIPAL PAID | .00 | .00 | 8337.85 | .00 | 8337.85 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 8337.85 | .00 | 8337.85 |

The Debtor's attorney, SCOTT J KOFKIN                        , was allowed $   2700.00
and was paid $    706.00   direct and $    1994.00   through the plan.

The Trustee received $    468.15 .

Refunds to the Debtor totaled $    250.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 10/08/08                /S/
                                 GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 16307 CONNIE PAUL